OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 We cannot say on the facts of this case that the Trial Judge’s denial of defendant’s application for a second competency hearing was an abuse of discretion as a matter of law, either under CPL 730.30 or 730.60 (subd 2) as it read at the time of defendant’s trial.
 

 The other error alleged, not having been preserved for review by appropriate objection or request for curative instruction, is beyond our power of review.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed in a memorandum.